# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILDRED TAYLOR and JESSICA AMOR, derivatively on behalf of BELLICUM PHARMACEUTICALS, INC., <br><br>*Plaintiffs,*<br><br>-against-<br><br>RICHARD A. FAIR, et al.,<br><br>*Defendants,*<br><br>and<br><br>BELLICUM PHARMACEUTICALS, INC.,<br><br>*Nominal Defendant.* | C.A. No. 1:19-CV-02078-LPS |

## ORDER AND FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court grants the Unopposed Motion for Voluntary Dismissal filed by Plaintiffs Mildred Taylor and Jessica Amor. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiffs in this action are dismissed without prejudice, with each side to bear their own costs. This is a final judgment disposing of all claims and parties in this action and is appealable.

SIGNED this 14th day of September, 2020

_____
United States District Judge